**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ROSEBUD RESTAURANT, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | No. 20 C 5526 |
| v. | ) ) | |
| REGENT INSURANCE CO., | ) ) | Judge Virginia M. Kendall |
| *Defendant*. | ) ) ) ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s) REGENT INSURANCE CO

and against Plaintiff(s) ROSEBUD RESTAURANT, INC.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date:  7/11/2022                    Thomas G. Bruton, Clerk of Court

                         /s/Lynn Kandziora , Deputy Clerk